James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
MILLER SHAH LLP
19712 MacArthur Blvd., Suite 222
Irvine, CA 92612
Telephone: (866) 545-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
　　　　kctang@millershah.com

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff Kimberly Hudson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br>IDENTITY INTELLIGENCE GROUP, LLC d/b/a IDIQ | Case No. 5:22-cv-00884-DMG-KK<br><br>**NOTICE OF RESOLUTION** |

Plaintiff, Kimberly Hudson ("Plaintiff"), for herself and on behalf of Defendant, Identity Intelligence Group, LLC d/b/a IDIQ ("Defendant") (Plaintiff and Defendant together, "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of their differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed by Plaintiff in due course, once the Parties have finalized their resolution.

In the meantime, the Parties respectfully request that the Court vacate all pending hearings and deadlines, including Defendant's Motion to Dismiss for Failure to State a Claim [Doc. # 51], Motion to Stay Discovery [Doc. # 52], and Motion to Strike Class Allegations [Doc. # 53] regarding the Second Amended Complaint (together, "SAC Motions"). The SAC Motions are currently scheduled to be heard on March 31, 2023, with Plaintiff's opposition deadline set for February 17, 2023, and Defendant's reply deadline set for March 17, 2023 [Doc. # 56].

Dated:   February 15, 2023            Respectfully submitted,

**MILLER SHAH LLP**

By: /s/ *Kolin C. Tang*
James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: /s/ *Christopher E. Roberts*
David T. Butsch (*pro hac* forthcoming)
Christopher E. Roberts (admitted *pro hac*)

*Attorneys for Kimberly Hudson*

| | | |
|---|---|---|
| Dated: | February 15, 2023 | **TROUTMAN FIRM** |

By: /s/ *Brittany A. Andres*
Eric J. Troutman
Brittany A. Andres

*Attorneys for for Defendant Identity Intelligence Group, LLC d/b/a IDIQ*

## ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: February 15, 2023         *Kolin C. Tang*
                                  Kolin C. Tang