# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDENTITY INTELLIGENCE GROUP, LLC d/b/a IDIQ | Case No. ED CV 22-884-DMG (KKx)<br><br>**ORDER DISMISSING ACTION [59]** |

Pursuant to the stipulation of the Parties, and with good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear her/its own attorneys' fees and costs.

DATED: March 23, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE